IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC, <br> Plaintiff, <br><br> v. <br><br> EMC CORPORATION, <br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 1:12-cv-00764-RGA <br> ) <br> ) <br> ) <br> ) |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff Parallel Iron, LLC and defendant EMC Corporation, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled **"LITIGATION DISMISSAL AGREEMENT"** and dated January 15, 2014, with each party to bear its own costs, expenses and attorneys' fees.

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Parallel Iron, LLC, and defendant, EMC Corporation, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Parallel Iron, LLC, and defendant, EMC Corporation, are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled **"LITIGATION DISMISSAL AGREEMENT"** and dated January 15, 2014.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

| | |
|---|---|
| January 17, 2014 | Respectfully submitted, |
| STAMOULIS & WEINBLATT LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Richard C. Weinblatt | /s/ Jack B. Blumenfeld |
| Stamatios Stamoulis #4606<br>　stamoulis@swdelaw.com<br>Richard C. Weinblatt #5080<br>　weinblatt@swdelaw.com<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>(302) 999-1540 | Jack B. Blumenfeld #1014<br>　jblumenfeld@mnat.com<br>Rodger D. Smith II #3778<br>　rsmith@mnat.com<br>Jeremy A. Tigan #5239<br>　jtigan@mnat.com<br>Michael J. Flynn #5333<br>　mflynn@mnat.com<br>1201 North Market Street<br>Wilmington, DE 19899<br>(302) 658-9200 |
| *Attorney for Plaintiff*<br>*Parallel Iron, LLC* | *Attorney for Defendant*<br>*EMC Corporation* |

IT IS SO ORDERED this 21st day of January, 2014.

*[signature]*
The Honorable Richard G. Andrews
United States District Judge